IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL SHANE STEINER** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:25cv21-HSO-BWR |
| | § | |
| **SHERIFF JOHN LEDBETTER** | § | **RESPONDENT** |

**FINAL JUDGMENT**

This matter came on to be heard on the Report and Recommendation [26] of United States Magistrate Judge Bradley W. Rath entered on February 3, 2026, and Respondent's Motion [14] to Dismiss filed on May 28, 2025. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [26], Respondent's Motion to Dismiss [14], the record, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE